# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–11291–mkn</u>
**Chapter 7**

In re: (Name of Debtor)
   STACEY RENEE HUEY
   aka STACEY RENEE KABEISEMAN
   828 WINTERA CT
   HENDERSON, NV 89015

Social Security No.:
   xxx–xx–2790

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 2/16/11             BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court